Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
E-mail:  mjohnson@rqn.com
         dleigh@rqn.com

Attorneys for WELLS STREET CAPITAL VII LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> **SLC INN, LLC,** <br><br> Debtor. | Bankruptcy No. 14-30634 <br><br> Chapter 11 |

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Michael R. Johnson and David H. Leigh of the law firm of Ray Quinney & Nebeker P.C. hereby enter their appearance as counsel of record for **WELLS STREET CAPITAL VII LLC** in the above-captioned Chapter 11 case, request that their names be included on the master mailing list in this case, and further request that notice of all hearings or actions in this case and copies of all motions, documents, or other papers filed by any party in interest in this case—including the Debtor / Debtor-in-Possession, any subsequently appointed Chapter 11 Trustee, and/or the U.S. Trustee—be sent to the following:

Michael R. Johnson, Esq.
David H. Leigh, Esq.
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
E-mail: mjohnson@rqn.com
dleigh@rqn.com

DATED this 13th day of October, 2014.

                      **RAY QUINNEY & NEBEKER P.C.**

                      /s/ David H. Leigh
                      David H. Leigh
                      Attorneys for Wells Street Capital VII

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2014, I electronically filed the foregoing *Notice of Appearance of Counsel and Request for Notice* with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to the following:

- Blake D. Miller:  miller@millerguymon.com
- Peter J. Kuhn:  Peter.J.Kuhn@usdoj.gov
- United States Trustee: USTPRegion19.SK.ECF@usdoj.gov

I hereby further certify that on the 13th day of October, 2014, I caused a true and correct copy of the foregoing *Notice of Appearance of Counsel and Request for Notice* to be served on the following parties by depositing a copy of the same in the United States mail, first-class postage prepaid, addressed as follows:

SLC Inn, LLC
1524 Cloverfield Blvd, Ste. B
Santa Monica, CA 90404

Blake D. Miller
Miller Guymon, PC
165 South Regent Street
Salt Lake City, Utah 84111

U.S. Trustee
United States Trustee
Ken Garff Bldg.
405 S Main St Ste 300
Salt Lake City UT 84111

/s/ David H. Leigh