**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>SLC INN LLC<br><br>Debtor. | Bankruptcy Case No. 14-30634<br>Chapter 11<br><br>Honorable William T. Thurman<br><br>(Filed Electronically) |

**ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS**

This matter came before the Court on October 14, 2014 at 10:00 a.m. upon the Motion for Authorization of (1) the Interim and Permanent Use of Cash Collateral, (2) the Granting of Replacement Liens and (3) Scheduling Final Hearing on Use of Cash Collateral [Docket No. 6] (the "Motion"), filed by Debtor and debtor-in-possession, SLC Inn LLC.  Blake D. Miller of Miller Toone, P.C. appeared on behalf of the Debtor; David H. Leigh appeared on behalf of Wells Street Capital VII LLC; and Peter Kuhn appeared on behalf of the United States Trustee.

Based on the evidence received by the Court and/or adduced at the preliminary hearing on the motion, upon consideration of the representations and statements of counsel on the record, and the Court having made findings of fact and conclusions of law on the record of the hearing, which findings and conclusions are incorporated into this order by reference, the Court hereby finds and concludes as follows:

(a)     The Court has jurisdiction under 28 U.S.C. §§157 and 1334.

(b) This is a core proceeding under 28 U.S.C. § 157(b)(2).

(c) No examiner or trustee has been appointed in the case.

(d) Notice of the Motion, and of the preliminary hearing thereon, was and is adequate and proper within the meaning of 11 U.S.C. §§ 102(1) and Federal Rule of Bankruptcy Procedure 4001(b).

(e) The expenses identified on Exhibits "A" (the "Budget") and Exhibit "B" (Wages) are actual and necessary costs and expenses of preserving the Debtor's Chapter 11 bankruptcy case during the interim period covered by this Order.

(f) The expenses must be paid to avoid immediate and irreparable harm to the estate pending a final hearing on the Motion.

(g) The expenses must also be paid to protect, preserve, maintain and benefit the Hotel in which Wells Street Capital VII LLC (the "Lienholder") claims a lien interest.

(h) The Lienholder claims, or may claim, an interest in the Debtor's cash collateral.

(i) To the extent that the Lienholder has an interest in the Debtor's cash collateral, the Lienholder is adequately protected by the replacement liens and other adequate protection rights granted hereunder.

WHEREFORE, based on the Motion, the foregoing Findings and Conclusions and other matters of record, and good cause appearing, it is hereby ordered that:

1. The Motion is granted on an interim basis, is more particularly described below.

2. The Debtor is authorized to use and spend cash collateral to pay the expenses set forth on Exhibit "A" for the time periods specified therein until the date of the final hearing

scheduled below.  The Debtor may exceed by ten percent any line item of Exhibit "A."  The Debtor, however, may not exceed the total amount of the attached budget, as a whole, for the three month period shown by the Budget.

3. The Debtor is authorized to use and spend cash collateral to pay the wages set forth on Exhibit "B."

4. With the express consent of the Lienholder, the Debtor may use or spend cash collateral beyond or in addition to the listed expenses.

5. The Lienholder shall receive, and shall be afforded, as adequate protection, replacement liens on the same types of post-petition property of the estate against which the Lienholder held liens as of the Petition Date, bearing the same priority, validity and enforceability of the Lienholder's respective pre-petition liens.  The replacement liens shall be recognized only to the extent of the diminution in value of the Lienholder's collateral as of the Petition Date resulting from the Debtor's use of cash collateral during the bankruptcy case.

6. Not later than the commencement of the final hearing set for November 5, 2014 at 10:00 a.m.,  the Debtor shall submit to the Lienholder a reconciliation of actual expenses and receipts against the budget.

7. Nothing in this Order shall be deemed to determine the extent, amount, validity or priority of the claims or liens of the Lienholder.

8. The authority granted by this order shall expire on November 5, 2014, at 10:00 a.m.

9. The Court shall hold a final hearing on the Debtor's authority to use cash collateral on November 5, 2014, at 10:00 a.m.

10. This order is effective as of October 14, 2014, when the Court's verbal ruling was announced in open court at the conclusion of the hearing on the motion.

------------------------- END OF ORDER -------------------------

Approved as to Form:

/s/ *David H. Leigh*  (signature used with permission)
David H. Leigh
Counsel for Wells Street Capital VII LLC

DESIGNATION OF PARTIES TO BE SERVED

  Service of the foregoing **ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS** shall be served to the parties and in the manner designated below:

  **By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Blake D. Miller miller@millertoone.com
- David H. Leigh dleigh@rqn.com, dburton@rqn.com; docket@rqn.com
- Peter J. Kuhn, United States Trustee peter.j.kuhn@usdoj.gov

           */s/ Blake D. Miller*
           Blake D. Miller

5

Exhibit "A"

Case 14-30634   Doc 26   Filed 10/16/14   Entered 10/16/14 09:40:01   Desc Pending Order (Hearing Held) related documents(s):[6] Motion to Use Cash Collate   Page 6 of 10

| SLC Inn LLC | | | | | |
|---|---|---|---|---|---|
| 10/6/2014 | | | | | |
|  | **Oct 7-31** | **November** | **December** | **3 Months** | **Monthly** |
| **Cash Receipts:** | | | | | |
| Rooms | $ 194,753 | $ 123,690 | $ 131,170 | $ 449,613 | $ 149,871 |
| F&B | $ 17,565 | $ 13,185 | $ 15,713 | $ 46,463 | $ 15,488 |
| Other | $ 3,800 | $ 3,800 | $ 3,800 | $ 11,400 | $ 3,800 |
| TOTAL INFLOWS | $ 216,118 | $ 140,675 | $ 150,683 | $ 507,476 | $ 169,159 |
| | | | | | |
| **(Less) Expenses:** | | | | | |
| | | | | | |
| Rooms Dept Expenses: | | | | | |
| Payroll | $ 14,865 | $ 26,958 | $ 25,384 | $ 67,207 | $ 22,402 |
| Payroll Taxes | $ 1,591 | $ 2,564 | $ 2,716 | $ 6,871 | $ 2,290 |
| Travel Agent Commissions | $ 7,416 | $ 4,329 | $ 4,591 | $ 16,336 | $ 5,445 |
| Guest transportation | $ 4,977 | $ 3,717 | $ 3,968 | $ 12,662 | $ 4,221 |
| Cable TV | $ 2,170 | $ 2,170 | $ 2,170 | $ 6,510 | $ 2,170 |
| Other Rooms Dept. Expenses | $ 5,321 | $ 3,418 | $ 3,797 | $ 12,536 | $ 4,179 |
| | | | | | |
| Food & Beverage Dept. Expenses | | | | | |
| Payroll | $ 3,949 | $ 7,758 | $ 7,898 | $ 19,605 | $ 6,535 |
| Payroll Taxes | $ 431 | $ 846 | $ 861 | $ 2,138 | $ 713 |
| Food Costs | $ 5,911 | $ 3,885 | $ 4,289 | $ 14,085 | $ 4,695 |
| Beverage Costs | $ 1,014 | $ 666 | $ 735 | $ 2,415 | $ 805 |
| Other Food & Beverage Costs | $ 1,742 | $ 1,605 | $ 1,657 | $ 5,004 | $ 1,668 |
| | | | | | |
| Telephone / Internet Expenses | $ 3,443 | $ 3,537 | $ 2,519 | $ 9,499 | $ 3,166 |
| | | | | | |
| Administrative & General Expenses: | | | | | |
| Payroll | $ 5,947 | $ 11,894 | $ 11,894 | $ 29,735 | $ 9,912 |
| Payroll Taxes | $ 666 | $ 1,332 | $ 1,322 | $ 3,320 | $ 1,107 |
| Accounting Fees | $ 3,700 | $ 3,700 | $ 3,700 | $ 11,100 | $ 3,700 |
| Other Admin. & General Expenses | $ 13,944 | $ 11,005 | $ 11,326 | $ 36,275 | $ 12,092 |
| | | | | | |
| Franchise Costs | | $ 28,338 | $ 19,282 | $ 47,620 | $ 15,873 |
| Management Fee | | $ 8,645 | $ 5,627 | $ 14,272 | $ 4,757 |
| | | | | | |
| Sales & Marketing Expenses: | | | | | |
| Payroll | $ 2,184 | $ 4,367 | $ 4,367 | $ 10,918 | $ 3,639 |
| Payroll Taxes | $ 275 | $ 550 | $ 550 | $ 1,375 | $ 458 |
| Sales Rep Services | $ 4,650 | $ 4,650 | $ 4,650 | $ 13,950 | $ 4,650 |
| Other Sales & Marketing Expenses | $ 3,325 | $ 3,325 | $ 3,325 | $ 9,975 | $ 3,325 |

\* Detail of this line item follows on Exhibit "A-1"

| **SLC Inn LLC** | | | | | |
|---|---|---|---|---|---|
| 10/6/2014 | | | | | |
| | **Oct 7-31** | **November** | **December** | **3 Months** | **Monthly** |
| <u>Club Rm Exp. (Breakfast/Even. Guest Social)</u> | | | | | |
| Payroll | $ 1,960 | $ 3,806 | $ 3,919 | $ 9,685 | $ 3,228 |
| Payroll Taxes | $ 214 | $ 415 | $ 427 | $ 1,056 | $ 352 |
| Food Costs | $ 9,838 | $ 5,743 | $ 6,559 | $ 22,140 | $ 7,380 |
| Beverage Costs | $ 787 | $ 459 | $ 525 | $ 1,771 | $ 590.33 |
| Other Club Rm Expenses | $ 1,507 | $ 952 | $ 1,063 | $ 3,522 | $ 1,174 |
| | | | | | |
| <u>Maintenance Expenses:</u> | | | | | |
| Payroll | $ 3,457 | $ 6,913 | $ 6,913 | $ 17,283 | $ 5,761 |
| Payroll Taxes | $ 374 | $ 747 | $ 747 | $ 1,868 | $ 623 |
| Other Maintenance Expenses | $ 3,261 | $ 2,732 | $ 2,838 | $ 8,831 | $ 2,944 |
| | | | | | |
| <u>Utilities</u> | $ 9,779 | $ 9,104 | $ 12,669 | $ 31,552 | $ 10,517 |
| | | | | | |
| <u>Insurance</u> | $ 8,199 | $ 8,199 | $ 8,199 | $ 24,597 | $ 8,199 |
| | | | | | |
| Regular Capital Expenses | $ 3,000 | $ 3,000 | $ 3,000 | $ 9,000 | $ 3,000 |
| Ford Credit -Shuttle Van Lease #1 | $ 694 | $ 694 | $ 694 | $ 2,082 | $ 694 |
| Ford Credit -Shuttle Van Lease #2 | $ 636 | $ 636 | $ 636 | $ 1,908 | $ 636 |
| Dell - Computer Lease | $ 182 | $ 182 | $ 182 | $ 546 | $ 182 |
| Chapter 11 Professional Fees | | | | | |
| Asset Management | $ 5,000 | $ 5,000 | $ 5,000 | $ 15,000 | $ 5,000 |
| UST Fees | | | | | |
| **TOTAL OUTFLOWS** | $ 136,405 | $ 187,842 | $ 179,999 | $ 504,246 | $ 168,082 |
| | | | | | |
| **RECEIPTS LESS EXPENSES** | $ 79,713 | $ (47,167) | $ (29,316) | $ 3,230 | $ 1,077 |
| | | | | | |
| **BEGINNING CASH BALANCE** | $ 97,432 | $ 177,145 | $ 129,978 | | |
| | | | | | |
| **ENDING CASH BALANCE** | $ 177,145 | $ 129,978 | $ 100,662 | | |
| (equals Rec-less-Exp + Beg Cash Bal) | | | | | |

Exhibit "A-1"

| SLC Inn LLC | | | | | |
|---|---|---|---|---|---|
| | Oct 7-31 | November | December | 3 Months | Monthly |
| | | | | | |
| **Other A&G Expenses:** | | | | | |
| Accounting Payroll Services | $ 850 | $ 850 | $ 850 | $ 2,550 | $ 850 |
| Bad Debts | $ 80 | $ 80 | $ 80 | $ 240 | $ 80.00 |
| Bank charges | $ 490 | $ 490 | $ 490 | $ 1,470 | $ 490.00 |
| Cash (Over) and Short | $ 20 | $ 20 | $ 20 | $ 60 | $ 20.00 |
| Chargebacks | $ 40 | $ 40 | $ 40 | $ 120 | $ 40.00 |
| Computer Programs | $ 700 | $ 700 | $ 700 | $ 2,100 | $ 700.00 |
| Contract Services | $ 210 | $ 210 | $ 210 | $ 630 | $ 210.00 |
| Credit Card Commisions and Fees | $ 5,439 | $ 3,241 | $ 3,475 | $ 12,155 | $ 4,051.67 |
| Dues and Subscriptions | $ 260 | $ 260 | $ 260 | $ 780 | $ 260.00 |
| Duplicating Costs | $ 75 | $ 75 | $ 75 | $ 225 | $ 75.00 |
| Employee Meals | $ 300 | $ 300 | $ 300 | $ 900 | $ 300.00 |
| Employee Relations | $ 50 | $ 50 | $ 50 | $ 150 | $ 50.00 |
| Employee Training | $ 100 | $ 100 | $ 100 | $ 300 | $ 100.00 |
| Enter. Meals in Hotel | $ 10 | $ 10 | $ 10 | $ 30 | $ 10.00 |
| Enter. Meals Off Property | $ 50 | $ 50 | $ 50 | $ 150 | $ 50.00 |
| Licenses and Permits | $ 500 | $ 220 | $ 220 | $ 940 | $ 313.33 |
| Taxi, Bus and Mileage | $ 100 | $ 80 | $ 80 | $ 260 | $ 86.67 |
| Office Supplies | $ 666 | $ 389 | $ 444 | $ 1,499 | $ 499.67 |
| Postage and Delivery | $ 394 | $ 230 | $ 262 | $ 886 | $ 295.33 |
| Printing and Stationary | $ 100 | $ 100 | $ 100 | $ 300 | $ 100.00 |
| Outside Services | $ 2,300 | $ 2,300 | $ 2,300 | $ 6,900 | $ 2,300.00 |
| Recruiting Expense | $ 275 | $ 275 | $ 275 | $ 825 | $ 275.00 |
| Telephone and Fax | $ 35 | $ 35 | $ 35 | $ 105 | $ 35.00 |
| Travel, Lodging | $ 850 | $ 850 | $ 850 | $ 2,550 | $ 850.00 |
| Uniforms | $ 50 | $ 50 | $ 50 | $ 150 | $ 50.00 |
| | $ 13,944 | $ 11,005 | $ 11,326 | $ 36,275 | $ 12,091.67 |

SLC Inn, LLC

| Slaries & Wages 10.01.14 to 10.06.14 | Rate | | Amount |
|---|---|---|---|
| Cruz Vanessa | 9.00 | 25.80 | 232.20 |
| Fernandez, Amanda | 13.50 | 25.02 | 337.77 |
| Hill Rosalynn | 12.50 | 22.58 | 282.25 |
| Molifua-Salanda, Sharon | 10.00 | 26.63 | 266.30 |
| Rule, Issac | 11.00 | 34.17 | 375.87 |
| | | | - |
| Miner Farrell | 10.50 | 33.80 | 354.90 |
| Morris, Richard | 9.00 | 33.45 | 301.05 |
| | | | - |
| Tapia, Sonia | 12.00 | 37.88 | 454.56 |
| Aguilar, Patricia | 8.50 | 41.22 | 350.37 |
| Alcivar, Maria | 8.50 | 49.98 | 424.83 |
| Arneolla, Beatriz | 8.50 | | - |
| Avila, Claudia | 8.50 | 9.03 | 76.76 |
| Felix, Isabel | 9.00 | 25.60 | 230.40 |
| Gutierrez, Maria | 8.50 | 46.72 | 397.12 |
| Herrera, Leticia | 9.50 | 51.38 | 488.11 |
| Juarez, Evangelina | 8.75 | 51.32 | 449.05 |
| Rodriguez, Irma | 8.50 | 24.95 | 212.08 |
| | | | - |
| Valdez, Francisco | 9.50 | 34.05 | 323.48 |
| Hallett, Vickie | 8.50 | 23.13 | 196.61 |
| Leon, Miguel | 8.50 | 34.60 | 294.10 |
| | | | |
| Perez, Alberto | | | 716.67 |
| Castillo, Cecilia | 9.50 | 21.70 | 206.15 |
| Rosiles, Jorge | 10.00 | 38.52 | 385.20 |
| Rosiles, Victor | 12.00 | 35.17 | 422.04 |
| | | | - |
| Begay, Valentina | 4.00 | 16.27 | 65.08 |
| Bustamante, Candy | 8.00 | 15.50 | 124.00 |
| Perez, Monica | 4.00 | 18.80 | 75.20 |
| | | | |
| Manton Debbie | | | 3,583.33 |
| Scheeler, Loretta | | | 658.67 |
| | | | |
| Brown, Marshall | 9.00 | 15.47 | 139.23 |
| Lacentia, Rod | 10.00 | 33.53 | 335.30 |
| | | | - |
| Thiede, Gerald | 9.00 | 33.83 | 304.47 |
| | | | |
| Blossom, Camilla | | | 700.00 |
| | | | |
| Tapia, Petra | 10.00 | 28.73 | 287.30 |
| | | | - |
| Rosiles, Juan Carlos | 8.00 | 36.43 | 291.44 |
| Villalobos, Briza | 8.00 | 19.87 | 158.96 |
| | | | - |
| Archuleta, Alex | 14.50 | 26.32 | 381.64 |
| Reyburn, Lee | | | 750.00 |
| Flores, Juan C. | 9.00 | 32.22 | 289.98 |
| | | | |
| Totals | | 1,003.67 | 15,922.45 |
| | | | |
| Taxes | 9.34% | | 1,487.16 |
| | | | |
| S&W with Taxes | | | 17,409.60 |

| 10075 | Alcivar, Maria | $ | 882.00 |
|---|---|---|---|
| 10076 | Avila, Claudia | $ | 255.83 |
| 10079 | Juarez, Evangelina | $ | 817.56 |
| 10080 | Hallet, Vickie | $ | 479.59 |
| 10082 | Perez, Monica | $ | 8.54 |
| 10085 | Thiede, Geraldd | $ | 425.75 |
| 10086 | Villalobos, Brisa | $ | 220.92 |
| 10087 | Flores, Juan | $ | 742.14 |
| 10040 | Avila, Claudia | $ | 181.89 |
| 10059 | Avila, Claudia | $ | 63.73 |

                Total                $    4,077.95