**FORM RAB9F** (Ch 11 Corp/Partnership Asset Cs) (12/12)   Case Number **14−30634**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 10/7/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SLC Inn, LLC
1524 Cloverfield Blvd Ste B
Santa Monica, CA 90404

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 14−30634 WTT | 95−4875174 |

Attorney for Debtor(s) (name and address):
Blake D. Miller
Miller Guymon, PC
165 South Regent Street
Salt Lake City, UT 84111
Telephone number: (801)363−5600

### Meeting of Creditors

Date: **November 17, 2014**                         Time: **02:00 PM**
Location: **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

### Deadlines to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **2/17/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1): **4/6/15**

A Proof of Claim form may be obtained from any U.S. Bankruptcy Court nationwide or via the court's website at www.utb.uscourts.gov

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524−6687 | Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open: 8:00 AM − 4:30 PM; Telephone 8:00 AM − 4:30 PM | Date: 10/14/14 |

### Online Information

Case information is avaliable at no charge on our Voice Case Information System (VCIS). Call 1−866−222−8029 #85 with your touch−tone telephone. Case information is also available on the Internet using our PACER service for a $.10/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9F (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form may be obtained from any U.S. Bankruptcy Court nationwide or via the court's website at www.utb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors meeting, if the debtor(s) or debtor's counsel fail to attend the creditors meeting or fail to timely file required documents pursuant to Local Rules 2003–1, 1007–1. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest or the case shall be dismissed. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | –– Refer to Other Side for Important Deadlines and Notices –– |

```
                         United States Bankruptcy Court
                                District of Utah
In re:                                                        Case No. 14-30634-WTT
SLC Inn, LLC                                                  Chapter 11
        Debtor         CERTIFICATE OF NOTICE
District/off: 1088-2          User: ma              Page 1 of 2          Date Rcvd: Oct 14, 2014
                              Form ID: rab9f        Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2014.
db           +SLC Inn, LLC,    1524 Cloverfield Blvd Ste B,    Santa Monica, CA 90404-3545
aty           David H. Leigh,   Ray Quinney Nebeker P.C.,    36 South State Street,   Suite 1400,
               P.O. Box 45385,   Salt Lake City, UT 84145-0385
9543799      +AAA Fire Safety & Alarm Inc.,    334 North Marshall Way #G,   Layton, UT 84041-7346
9543800      +Airport Accomodation,    P.O. Box 845,   Rosemont, IL 60018-0845
9543801      +Alliance Commercial Equipment,    3838 S. State Street,   Salt Lake City, UT 84115-4815
9543803      +American Appliance,    3436 West 13400 South,    Riverton, UT 84065-6315
9543804       American Hotel Register,    P.O. Box 71299,   Chicago, IL 60694-1299
9543805       Aquatech,   9435 South 255 West,   Sandy, UT 84070-3275
9543806      +Booking.com,    5295 Paysphere Circle,   Chicago, IL 60674-0052
9543807      +Carlson Dist. Co. Inc.,    1864 S. 3730 W.,   Salt Lake City, UT 84104-4970
9543808      +Choice Hotels Int. TA Program,    P.O. Box 79882,    Baltimore, MD 21279-0882
9543809      +Comfort Suites,   171 N. 2100 W.,    Salt Lake City, UT 84116-2966
9543810      +Comfort Systems USA,    2035 South Mile Stone Dr.,    Salt Lake City, UT 84104-6543
9543811      +Courtesy Products,    P.O. Box 840020,   Kansas City, MO 64184-0020
9543812      +Culligan,   PO Box 65758,    Salt Lake City, UT 84165-0758
9543814       Dental Select,   P.O. Box 204037,    Houston, TX 77216-4037
9543817      +Fabtex,   1202 W. Struck Ave.,    Orange, CA 92867-3532
9543818      +Fedex,   P.O. Box 7221,    Pasadena, CA 91109-7321
9543819       Ford Credit,   P.O. Box 790072,    Saint Louis, MO 63179-0072
9543821      +General Distribution Company,    P.O. Box 221210,    Salt Lake City, UT 84122-1210
9543822      +Green Solutions Landscaping,    P.O. Box 16377,    Salt Lake City, UT 84116-0377
9543823      +Groove,   4141 S. Highland Dr., Ste. 100,    Salt Lake City, UT 84124-2683
9543825      +HD Supplies Facilities Main.,    P.O. Box 509058,    Baltimore, MD 21279-0001
9543827      +HY-KO Supply Company,    PO Box 26116,   Salt Lake City, UT 84126-0116
9543824      +Hampton Inn & Suites SLC,    307 N. Admiral Byrd Rd.,    Salt Lake City, UT 84116-3717
9543826      +Hospitality Careers Online Inc.,     P.O. Box 673682,   Detroit, MI 48267-3682
9543828      +IMI Data Search, Inc.,    4333 Park Terrace Dr.,    Westlake Village, CA 91361-5668
9543829     ++INTEGRA TELECOM,    1201 NE LLOYD BLVD,   SUITE 500,    PORTLAND OR 97232-1259
              (address filed with court: Integra Telecom,    P.O. Box 2966,   Milwaukee, WI 53201)
9543830      +Johnstone,   P.O. Box 65499,   Salt Lake City, UT 84165-0499
9543831      +Lexyl Travel Technologies,    777 S. Flagler Dr.,    West Palm Beach, FL 33401-6163
9543832       Mayer Lighting & Supply,   11925 E. Draper Parkway,    Draper, UT 84020
9543833       Mendenhall Equipment Co.,    880 W. 100 N.,   Salt Lake City, UT 84107
9543834      +Milestone,   3001 Oakmead Village Dr.,    Santa Clara, CA 95051-0811
9543836       Nicholas & Company, Inc.,    P.O. Box 45005,   Salt Lake City, UT 84145-0005
9543845     ++PACIFICORP,   ATTN BANKRUPTCY,    PO BOX 25308,   SALT LAKE CITY UT 84125-0308
              (address filed with court: Rocky Mountain Power,     P.O. Box 26000,   Portland, OR 97256)
9543837      +Peterson Plumbing,    2069 South 700 West,   Salt Lake City, UT 84104-1742
9543838       Platt,   P.O. Box 418759,    Boston, MA 02241-8759
9543839      +Protech Pest Management,    5526 West 13400 South #211,    Herriman, UT 84096-6919
9543840      +Quality Inn & Suites,    315 Admiral Byrd Road,    Salt Lake City, UT 84116-3717
9543841       Questar Gas,   P.O. Box 45841,    Salt Lake City, UT 84139-0001
9552083       Questar Gas Company,    Bankruptcy DNR 244,   1140 West 200 South,    PO Box 3194,
               Salt Lake City, UT 84110-3194
9543842      +Radisson,   2177 West North Temple,    Salt Lake City, UT 84116-2912
9543843      +Red Book Solutions,    4550 S. Windermere St.,    Englewood, CO 80110-5541
9543844      +Resturant & Store Equipment,    P.O. Box 486,   Salt Lake City, UT 84110-0486
9543853      +SLICCAMA,   c/o Bonneville Realty Management,     P.O. Box 71590,   Salt Lake City, UT 84171-0590
9543846       Sage Software, Inc.,    P.O. Box 935021,   Atlanta, GA 31193-5021
9543847       Salt Lake City Corporation,    Public Utilities,    P.O. Box 30881,
               Salt Lake City, UT 84130-0881
9543848      +Salt Lake City Dept. of Airport,    P.O. Box 145550,    Salt Lake City, UT 84114-5550
9543849      +Salt Lake County Treasurer,    Attn: Ray Lancaster,    2001 South State Street, N1200,
               Salt Lake City, UT 84190-0001
9543850      +Salvage Scaffold & EQ,    728 West 2nd South,   Salt Lake City, UT 84104-1006
9543851      +Scenic View Landscaping,    P.O. Box 708068,   Sandy, UT 84070-8068
9543852      +Sherwin Williams,   3904 West 3500 South,    Suite A,   Salt Lake City, UT 84120-3352
9543854      +Spark Solutions,   165 W. 2950 S.,    Salt Lake City, UT 84115-3433
9543855      +Standard Restaurant Supply,    P.O. Box 65189,    Salt Lake City, UT 84165-0189
9543856      +Stone Ground Bakery,    P.O. Box 581078,   Salt Lake City, UT 84158-1078
9543857      +Super 8,   223 N. Jimmy Doolittle Rd.,    Salt Lake City, UT 84116-3730
9543858      +Swim Clean Inc.,    66 E. 3750 S.,    Salt Lake City, UT 84115-4428
9543859      +Swire Coca Cola,   P.O. Box 1410,    Draper, UT 84020-1410
9543860      +Timpview Analytical Laboratories,     1165 North 1600 West,   Orem, UT 84057-2836
9543861      +Travel Click,   300 N. Martingale,    Schaumburg, IL 60173-2407
9543862      +Travelliance,   85 Algonquin Rd.,    #160,   Arlington Heights, IL 60005-4458
9543864       USA Today,   P.O. Box 677446,    Dallas, TX 75267-7446
9543863      +United Healthcare,    Dept CH 10151,   Palatine, IL 60055-0001
9543866      +Utah State Tax Commission (Sales Tax),     Tax & Revenue Division,
               160 East 300 South, 5th Floor,    Salt Lake City, UT 84111-2305
9543867      +VinCard Elsafe,   631 International Parkway,    Suite 100,   Richardson, TX 75081-6623
9543868       Waste Management of Utah,    P.O. Box 78251,   Phoenix, AZ 85062-8251
9543869       Western Printing Co.,    P.O. Box 1555,   Aberdeen, SD 57402-1555
```

```
District/off: 1088-2           User: ma                    Page 2 of 2                    Date Rcvd: Oct 14, 2014
                               Form ID: rab9f              Total Noticed: 77


9543870        +Wireless Beehive.com,    P.O. Box 1169,   Tooele, UT 84074-1169
9543871        +Wren Callcost Corp.,    800 Compton Rd #34,    Cincinnati, OH 45231-3850
9543872       ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
                 SALT LAKE CITY UT 84130-0709
               (address filed with court:   Zions First National Bank,    P.O. Box 30813,
                 Salt Lake City, UT 84130-0813)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: miller@millerguymon.com Oct 15 2014 01:59:12      Blake D. Miller,
                 Miller Guymon, PC,    165 South Regent Street,   Salt Lake City, UT   84111
9543813         EDI: RCSDELL.COM Oct 15 2014 01:48:00      Dell Financial Services,    P.O. Box 5292,
                 Carol Stream, IL 60197-5292
9543815         EDI: DIRECTV.COM Oct 15 2014 01:48:00      Direct TV,   P.O. Box 60036,    Los Angeles, CA 90060
9543816         E-mail/Text: bankruptcynotices@ecolab.com Oct 15 2014 01:59:34       Ecolab,   P.O. Box 100512,
                 Pasadena, CA 91189-0512
9543820         EDI: FORD.COM Oct 15 2014 01:48:00     Ford Credit,    P.O. Box 552679,    Detroit, MI 48255-2679
9543835         E-mail/Text: deborah.lung@moodmedia.com Oct 15 2014 01:59:13       Muzak, LLC,    P.O. Box 71070,
                 Charlotte, NC 28272-1070
9543865         EDI: UTAHTAXCOMM.COM Oct 15 2014 01:48:00      Utah State Tax Commission,    210 North 1950 West,
                 Salt Lake City, UT 84134-0400
                                                                                                TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9543802        ##+ALSCO American Linen,    P.O. Box 25717,   Salt Lake City, UT 84125-0717
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2014 at the address(es) listed below:
              Blake D. Miller    on behalf of Debtor    SLC Inn, LLC miller@millerguymon.com,
               millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
              David H. Leigh    on behalf of Creditor    Wells Street Capital VII LLC dleigh@rqn.com,
               dburton@rqn.com;docket@rqn.com
              Peter J. Kuhn tr    on behalf of U.S. Trustee    United States Trustee Peter.J.Kuhn@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4
```