KIM R. WILSON (3512)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Ford Motor Credit Company, LLC
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| In re: | Bankruptcy No. 14-30634 |
| | (Chapter 11) |
| SLC INN, LLC, | |
| | Hon. William T. Thurman |
| Debtor. | |

---

**APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**
_____

P. Matthew Cox and the law firm of Snow, Christensen & Martineau hereby enter their appearance as counsel for Ford Motor Credit Company, LLC, a creditor, and request that they be added to the mailing matrix in the above-referenced proceeding, further that they receive notice of all future hearings, copies of all pleadings, and mailings therein, at the following address:

>P. Matthew Cox
>SNOW, CHRISTENSEN & MARTINEAU
>10 Exchange Place, Eleventh Floor
>P. O. Box 45000
>Salt Lake City, UT 84111

2

DATED this 21<u>st</u> day of October, 2014.

        SNOW, CHRISTENSEN & MARTINEAU

By    /s/ P. Matthew Cox
      Kim R. Wilson
      P. Matthew Cox
      Attorneys for Ford Motor Credit Company, LLC

document4

<u>CERTIFICATE OF SERVICE</u>

I, P. Matthew Cox, attorney for Ford Motor Credit Company, LLC, hereby certify that on the 21st day of October, 2014, I caused to be served a true and correct copy of the foregoing **APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**, Case No. 14-30634, which was filed electronically, and served upon the following parties in the manner indicated:

| | |
|---|---|
| U.S. Trustee<br>Ken Garff Building<br>405 South Main Street, Suite 300<br>Salt Lake City, UT 84111 | (via ECF) |
| Deborah R. Chandler<br>Blake D. Miller<br>165 Regent Street<br>Salt Lake City, UT 84111 | (via ECF) |

/s/ P. Matthew Cox