KIM R. WILSON (3512)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Ford Motor Credit Company
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 14-30634 |
| | (Chapter 11) |
| SLC INN, LLC, | |
| | Hon. William T. Thurman |
| Debtor. | |

## AMENDED OBJECTION TO CONFIRMATION OF PLAN

Ford Motor Credit Company ("Ford Credit") objects to confirmation of Debtor's Chapter 11 Plan of Reorganization (the "Plan") on the following grounds:

1.  The fair market value of the 2010 Ford E350 (the "Vehicle") is $15,925.00. The amount of Ford Credit's secured claim as of October 20, 2014 is $6,942.57.

2.  The interests of Ford Credit in the Vehicle have not been adequately protected.

3.  The proposed monthly payments to Ford Credit are inadequate. In order to pay the secured claim of Ford Credit, monthly payments may not be less than $636.37.

2

DATED this 27th day of October, 2014

                    SNOW, CHRISTENSEN & MARTINEAU

                    /s/ P. Matthew Cox
                    Kim R. Wilson
                    P. Matthew Cox
                    Attorneys for Ford Motor Credit Company

**CERTIFICATE OF SERVICE**

I, P. Matthew Cox, attorney for Ford Motor Credit Company, hereby certify that on the 27th day of October, 2014, I caused to be served a true and correct copy of the foregoing AMENDED OBJECTION TO CONFIRMATION, Bankruptcy No. 14-30634, which was filed electronically, and served upon the following parties in the manner indicated:

| | |
|---|---|
| U.S. Trustee<br>Ken Garff Building<br>405 South Main Street, Suite 300<br>Salt Lake City, UT 84111 | (via ECF) |
| Deborah R. Chandler<br>Blake D. Miller<br>165 Regent Street<br>Salt Lake City, UT 84111 | (via ECF) |

/s/ P. Matthew Cox