Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
         chandler@millertoone.com

Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |
|---|---|

**NOTICE OF MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION AND NOTICE OF HEARING**

**(Objection Deadline: December 5, 2014)**
**(Hearing Date: December 10, 2014, at 10:00 a.m.)**

**PLEASE TAKE NOTICE** that on October 17, 2014, SLC Inn LLC ("Debtor"), filed with the United States Bankruptcy Court for the District of Utah, its Disclosure Statement for Debtor's Plan of Reorganization (the "Disclosure Statement") [docket # 35] and its Plan of Reorganization (the "Plan") [docket # 32] under Chapter 11 of the Bankruptcy Code.  The Debtor filed its Motion to Approve Adequacy of Disclosure Statement on November 4, 2014 (the "Motion to Approve") [docket # 47].  Copies of the Disclosure Statement and Plan have been served on certain parties in the Debtor's Chapter 11 case as required by Fed. R. Bankr. P. 3017(a).  If you have not received copies of

the Disclosure Statement and Plan or the Motion to Approve, you may obtain copies by requesting them from the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion to Approve will be held before the Honorable William T. Thurman, United States Bankruptcy Judge, on **Wednesday, December 10, 2014, at the hour of 10:00 a.m.**, in Courtroom No. 376 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  If the Court approves the Disclosure Statement, the Debtor will be permitted to distribute the Plan and Disclosure Statement to creditors and solicit votes to approve the Plan.

PLEASE TAKE FURTHER NOTICE that the deadline for filing and serving objections to the Motion to Approve is **Friday, December 5, 2014.**  Objections must be in writing and must be filed and served in accordance with Fed. R. Bankr. P. 3017(a) on or before that date to be considered by the Court.  Your objection must be served on the following: (1) Blake D. Miller, Esq., Miller Toone, P.C., 165 S. Regent St., Salt Lake City, Utah  84111; and (2) Peter Kuhn, Esq., Office of the United States Trustee, 405 S. Main St., #300, Salt Lake City, Utah  84111; and filed with the Bankruptcy Court at:

> Clerk of the Court
> United States Bankruptcy Court
> 350 South Main Street, #301
> Salt Lake City, Utah 84101

If you mail your response or objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the objection deadline stated above.

**You or your attorney must attend the hearing on the Disclosure Statement if you want your response or objection to be considered by the Court.** The hearing on the Motion to Approve may be continued from time to time without further notice, except the announcement in open court of the time and place of such continued hearing.

2

If you and/or your attorney do not timely file an objection as set forth above, the Court may decide that you do not oppose the Motion to Approve and may enter an order approving the Disclosure Statement without conducting the hearing.

DATED this 4th day of November 2014.

                                              MILLER TOONE, P.C.

                                               /s/ Blake D. Miller
                                              Blake D. Miller
                                              Deborah Chandler
                                              165 South Regent Street
                                              Salt Lake City, Utah 84111
                                              Telephone: (801) 363-5600
                                              Facsimile: (801) 363-5601

                                              Attorneys for the Debtor

## CERTIFICATE OF SERVICE—BY NOTICE OF ELECTRONIC FILING (CM/ECF) AND MAILING TO ENTIRE MATRIX

I hereby certify that on November 4, 2014, I electronically filed the foregoing **NOTICE OF MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION AND NOTICE OF HEARING,** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- *Deborah Rae Chandler*    chandler@millertoone.com
- *P. Matthew Cox*    bankruptcy_pmc@scmlaw.com
- *Peter J. Kuhn tr*    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- *David H. Leigh*    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- *Blake D. Miller*    miller@millerguymon.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
- *United States Trustee*    USTPRegion19.SK.ECF@usdoj.gov
- *Joel T. Zenger*    zenger@millerguymon.com

I further certify that on November 4, 2014, I caused to be served true and correct copies of the foregoing Notice of Hearing, by regular first class United States mail, postage fully pre-paid, addressed to all parties as set forth herein listed on the Official Court Mailing Matrix dated November 4, 2014, attached hereto.

I further certify that on November 4, 2014, I caused to be served true and correct copies of the foregoing Notice of Hearing along with the **MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION,** and a copy of the **DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION;** by regular first class United States mail, postage fully pre-paid, to the Securities and Exchange Commission as indicated below, pursuant to Rule 3017(a).

Alison Okinaka
Securities and Exchange Commission
15 W. South Temple, Suite 1800
Salt Lake City, Utah  84101

                                                Miller Toone, P.C.
                                                */s/ Blake D. Miller*
                                                Blake D. Miller

Label Matrix for local noticing
1088-2
Case 14-30634
District of Utah
Salt Lake City
Tue Nov  4 15:32:51 MST 2014

AAA Fire Safety & Alarm Inc.
334 North Marshall Way #G
Layton, UT 84041-7346

ALSCO American Linen
P.O. Box 25717
Salt Lake City, UT 84125-0717

Airport Accomodation
P.O. Box 845
Rosemont, IL 60018-0845

Alliance Commercial Equipment
3838 S. State Street
Salt Lake City, UT 84115-4815

American Appliance
3436 West 13400 South
Riverton, UT 84065-6315

American Hotel Register
P.O. Box 71299
Chicago, IL 60694-1299

Aquatech
9435 South 255 West
Sandy, UT 84070-3275

Booking.com
5295 Paysphere Circle
Chicago, IL 60674-0052

Carlson Dist. Co. Inc.
1864 S. 3730 W.
Salt Lake City, UT 84104-4970

Deborah Rae Chandler
165 Regent Street
Salt Lake City, UT 84111-1903

Choice Hotels Int. TA Program
P.O. Box 79882
Baltimore, MD 21279-0882

Choice Hotels International
1 Choice Hotels Circle
Suite #400
Rockville, MD 20850-5140

Comfort Suites
171 N. 2100 W.
Salt Lake City, UT 84116-2966

Comfort Systems USA
2035 South Mile Stone Dr.
Salt Lake City, UT 84104-6543

Courtesy Products
P.O. Box 840020
Kansas City, MO 64184-0020

P. Matthew Cox
Snow Christensen & Martineau
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000

Culligan
PO Box 65758
Salt Lake City, UT 84165-0758

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dental Select
P.O. Box 204037
Houston, TX 77216-4037

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512

Fabtex
1202 W. Struck Ave.
Orange, CA 92867-3532

Fedex
P.O. Box 7221
Pasadena, CA 91109-7321

Ford Credit
P.O. Box 552679
Detroit, MI 48255-2679

Ford Credit
P.O. Box 790072
Saint Louis, MO 63179-0072

General Distribution Company
P.O. Box 221210
Salt Lake City, UT 84122-1210

Green Solutions Landscaping
P.O. Box 16377
Salt Lake City, UT 84116-0377

Groove
4141 S. Highland Dr., Ste. 100
Salt Lake City, UT 84124-2683

HD Supplies Facilities Main.
P.O. Box 509058
Baltimore, MD 21279-0001

| | | |
|---|---|---|
| HY-KO Supply Company<br>PO Box 26116<br>Salt Lake City, UT 84126-0116 | Hampton Inn & Suites SLC<br>307 N. Admiral Byrd Rd.<br>Salt Lake City, UT 84116-3717 | Hospitality Careers Online Inc.<br>P.O. Box 673682<br>Detroit, MI 48267-3682 |
| IMI Data Search, Inc.<br>4333 Park Terrace Dr.<br>Westlake Village, CA 91361-5668 | (p)INTEGRA TELECOM<br>1201 NE LLOYD BLVD<br>SUITE 500<br>PORTLAND OR 97232-1259 | Johnstone<br>P.O. Box 65499<br>Salt Lake City, UT 84165-0499 |
| Peter J. Kuhn tr<br>US Trustees Office<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | David H. Leigh<br>Ray Quinney Nebeker P.C.<br>36 South State Street<br>Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Lexyl Travel Technologies<br>777 S. Flagler Dr.<br>West Palm Beach, FL 33401-6163 |
| Mayer Lighting & Supply<br>11925 E. Draper Parkway<br>Draper, UT 84020 | Mendenhall Equipment Co.<br>880 W. 100 N.<br>Salt Lake City, UT 84107 | Milestone<br>3001 Oakmead Village Dr.<br>Santa Clara, CA 95051-0811 |
| Blake D. Miller<br>Miller Guymon, PC<br>165 South Regent Street<br>Salt Lake City, UT 84111-1903 | Muzak, LLC<br>P.O. Box 71070<br>Charlotte, NC 28272-1070 | Nicholas & Company, Inc.<br>P.O. Box 45005<br>Salt Lake City, UT 84145-0005 |
| PacifiCorp dba Rocky Mountain Power/Pacific<br>Attn: Bankruptcy<br>P.O. Box 25308<br>Salt Lake City, UT 84125-0308 | Peterson Plumbing<br>2069 South 700 West<br>Salt Lake City, UT 84104-1742 | Platt<br>P.O. Box 418759<br>Boston, MA 02241-8759 |
| Protech Pest Management<br>5526 West 13400 South #211<br>Herriman, UT 84096-6919 | Quality Inn & Suites<br>315 Admiral Byrd Road<br>Salt Lake City, UT 84116-3717 | Questar Gas<br>P.O. Box 45841<br>Salt Lake City, UT 84139-0001 |
| Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 | Radisson<br>2177 West North Temple<br>Salt Lake City, UT 84116-2912 | Red Book Solutions<br>4550 S. Windermere St.<br>Englewood, CO 80110-5541 |
| Resturant & Store Equipment<br>P.O. Box 486<br>Salt Lake City, UT 84110-0486 | SLC Inn, LLC<br>1524 Cloverfield Blvd Ste B<br>Santa Monica, CA 90404-3545 | SLICCAMA<br>c/o Bonneville Realty Management<br>P.O. Box 71590<br>Salt Lake City, UT 84171-0590 |
| Sage Software, Inc.<br>P.O. Box 935021<br>Atlanta, GA 31193-5021 | Salt Lake City Corporation<br>Public Utilities<br>P.O. Box 30881<br>Salt Lake City, UT 84130-0881 | Salt Lake City Dept. of Airport<br>P.O. Box 145550<br>Salt Lake City, UT 84114-5550 |

| | | |
|---|---|---|
| Salt Lake County Treasurer<br>Attn: Ray Lancaster<br>2001 South State Street, N1200<br>Salt Lake City, UT 84190-0001 | Salvage Scaffold & EQ<br>728 West 2nd South<br>Salt Lake City, UT 84104-1006 | Scenic View Landscaping<br>P.O. Box 708068<br>Sandy, UT 84070-8068 |
| Sherwin Williams<br>3904 West 3500 South<br>Suite A<br>Salt Lake City, UT 84120-3352 | Spark Solutions<br>165 W. 2950 S.<br>Salt Lake City, UT 84115-3433 | Standard Restaurant Equipment Company<br>3500 S West Temple<br>Salt Lake City, UT 84115-4400 |
| Standard Restaurant Supply<br>P.O. Box 65189<br>Salt Lake City, UT 84165-0189 | Stone Ground Bakery<br>P.O. Box 581078<br>Salt Lake City, UT 84158-1078 | Super 8<br>223 N. Jimmy Doolittle Rd.<br>Salt Lake City, UT 84116-3730 |
| Swim Clean Inc.<br>66 E. 3750 S.<br>Salt Lake City, UT 84115-4428 | Swire Coca Cola<br>P.O. Box 1410<br>Draper, UT 84020-1410 | Timpview Analytical Laboratories<br>1165 North 1600 West<br>Orem, UT 84057-2836 |
| Travel Click<br>300 N. Martingale<br>Schaumburg, IL 60173-2407 | Travelliance<br>85 Algonquin Rd.<br>#160<br>Arlington Heights, IL 60005-4458 | USA Today<br>P.O. Box 677446<br>Dallas, TX 75267-7446 |
| United Healthcare<br>Dept CH 10151<br>Palatine, IL 60055-0001 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-0400 |
| Utah State Tax Commission (Sales Tax)<br>Tax & Revenue Division<br>160 East 300 South, 5th Floor<br>Salt Lake City, UT 84111-2305 | VinCard Elsafe<br>631 International Parkway<br>Suite 100<br>Richardson, TX 75081-6623 | Waste Management of Utah<br>P.O. Box 78251<br>Phoenix, AZ 85062-8251 |
| Western Printing Co.<br>P.O. Box 1555<br>Aberdeen, SD 57402-1555 | Wireless Beehive.com<br>P.O. Box 1169<br>Tooele, UT 84074-1169 | Wren Callcost Corp.<br>800 Compton Rd #34<br>Cincinnati, OH 45231-3850 |
| Joel T. Zenger<br>Miller Guymon, PC<br>165 South Regent Street<br>Salt Lake City, UT 84111-1903 | (p)ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>P O BOX 30709<br>SALT LAKE CITY UT 84130-0709 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>P.O. Box 5292<br>Carol Stream, IL 60197-5292 | DirectTV<br>P.O. Box 60036<br>Los Angeles, CA 90060 | Integra Telecom<br>P.O. Box 2966<br>Milwaukee, WI 53201 |

Zions First National Bank
P.O. Box 30813
Salt Lake City, UT 84130-0813


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company, LLC            (du)Ford Motor Credit Company, LLC            (u)Miller Toone, P.C.


(u)Wells Street Capital VII LLC            End of Label Matrix
                                           Mailable recipients    85
                                           Bypassed recipients     4
                                           Total                  89