# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 14-30634 |
|---|---|
| SLC INN LLC | Chapter 11 |
| Debtor. | Honorable William T. Thurman |
| | (Filed Electronically) |

**ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014**

The hearing on the adequacy of the Disclosure Statement for Debtor's Plan of Reorganization was concluded before the Honorable William T. Thurman on December 10, 2014. At the hearing, Blake D. Miller of Miller Toone, P.C. appeared on behalf of the Debtor, David H. Leigh appeared on behalf of Wells Street Capital VII, LLC; and Laurie Cayton appeared on behalf of the United States Trustee. The Debtor informed the Court of the revisions that had been inserted in the Disclosure Statement at the request of the United States Trustee. The final version of the Disclosure Statement is now found at Docket # 80 (the "Disclosure Statement"). Now therefore, for the reasons stated herein and on the record at the hearing, adequate notice having been given, finding the Disclosure Statement contains adequate information, and good and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Disclosure Statement contains adequate information within the meaning of 11 U.S.C. § 1125, and it is approved for distribution to creditors with the Debtor's Plan of Reorganization dated December 11, 2014 (the "Plan").

2. A hearing on confirmation of the Plan is hereby scheduled to be held January 28, 2015, at 10:00 a.m.

3. All objections to the Plan must be filed with the Court and served on counsel for the Debtor, and counsel for the United States Trustee no later than January 20, 2015.

4. All ballots for acceptance or rejection of the Plan must be received by the Debtor's counsel no later than January 20, 2015.

5. The form of ballot shall be consistent with Official Form 14 and is hereby approved.

6. The Debtor shall file its ballot report no later than January 23, 2015.

[end of order]

**Approved as to Form:**

| MILLER TOONE, P.C. | UNITED STATES TRUSTEE | RAY QUINNEY & NEBEKER |
|---|---|---|
| */s/ Blake D. Miller* | */s/ Peter J. Kuhn* | */s/ David H. Leigh* |
| Blake D. Miller | Laurie Cayton | David H. Leigh |
| *Counsel for the Debtor* | Peter J. Kuhn | *Counsel for Wells Street Capital VII, LLC* |
| | *Counsel for the United States Trustee* | |

2

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the **ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Blake D. Miller    miller@millertoone.com
- David H. Leigh    dleigh@rqn.com, dburton@rqn.com; docket@rqn.com
- Peter J. Kuhn, United States Trustee    peter.j.kuhn@usdoj.gov


　　　　　　　　　　　　　　　　　　　　*/s/ Blake D. Miller*
　　　　　　　　　　　　　　　　　　　　Blake D. Miller

3