**The below described is SIGNED.**

**Dated: December 22, 2014**  

**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>SLC INN LLC<br><br>Debtor. | Bankruptcy Case No. 14-30634<br><br>Chapter 11<br><br>Honorable William T. Thurman<br><br>(Filed Electronically) |
|---|---|

**ORDER APPROVING APPLICATION OF THE DEBTOR TO EMPLOY GABRIAL TOOLEY AS ACCOUNTAINT**

The Court, having considered the Application of the Debtor to Employ Gabrial Tooley as Accountant [Docket No. 51] (the "Application"), adequate notice having been given pursuant to Bankruptcy Rule 2014, the United States Trustee having consented to the Application as evidenced by counsel's endorsement of this Order, and good cause appearing therefore, hereby ORDERS as follows:

1. The Application is granted.

2. The Debtor is hereby authorized to retain and employ Gabrial Tooley as Accountant for the Debtor, according to the terms stated in the Application.

------------------------- END OF ORDER -------------------------

Approved as to Form:

*Peter H. Kuhn* (signature used with express written permission)
Peter H. Kuhn
Counsel for the United States Trustee

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the **ORDER APPROVING APPLICATION OF THE DEBTOR TO EMPLOY GABRIAL TOOLEY AS ACCOUNTAINT** shall be served to the parties and in the manner designated below:

   **By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Blake D. Miller   miller@millertoone.com
- David H. Leigh   dleigh@rqn.com, dburton@rqn.com; docket@rqn.com
- Peter J. Kuhn, United States Trustee   peter.j.kuhn@usdoj.gov

                                                 */s/ Blake D. Miller*
                                                 Blake D. Miller