Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## BALLOT REPORT

SLC Inn LLC, Debtor in this Chapter 11 case, has completed its plan solicitation process and has received the ballots described in this report.  As is customary in the plan solicitation process, certain modifications to the plan have been made, and some ballots have been voted in favor of the plan based on incorporation of those modifications.  The Debtor intends to file and pursue confirmation of the modified plan for the upcoming confirmation hearing.  The Debtor asserts that none of the modifications are material such that a re-noticing would be required. This ballot report sets forth all ballots received to the Debtor's Plan of Reorganization currently on file (the "Plan").  Ballots received in anticipation of confirmation of the Debtor's Modified

Plan of Reorganization, to be filed (the "Modified Plan") are set forth in italics. All of the ballots

are attached to this report.

### Ballots returned for the Debtor's Plan of Reorganization

| Class | Holder | Amount Stated on Ballot by Creditor | Accept/Reject |
|-------|--------|-------------------------------------|---------------|
| 1 | Priority Tax Claims – Unimpaired Class | | Deemed to Accept §1126(f) |
| 2 | Other Priority Claims- Unimpaired Class | | Deemed to Accept §1126(f) |
| 3 | Salt Lake County Treasurer | $67,770.92 | Accept |
| *4* | *Wells Street Lending* | *4,009,721.31* | *Accept, subject to modifications contained in term sheet* |
| 5 | Ford Motor Company | Not Stated | Deemed to Accept pursuant to Court Order |
| 6 | Beehive Broadband | $1010.51 | Accept |
| 6 | Milestone Internet Marketing | $1,582.66 | Accept |
| 6 | Wren Callcost Corp. | $452.00 | Accept |
| 7 | Benjamin Living Trust | $44,975.99 | Accept |
| 7 | Bernstein Family Partnership | $71,219.15 | Accept |
| 7 | Brian & Victoria Corbell | $384,669.27 | Accept |
| 7 | Brian Corbell | $129,936.78 | Accept |
| 7 | David T. O'Keefe | Not Stated | Accept |
| 7 | ESM Investors, LLC | $79,331.47 | Accept |
| 7 | Isom Trust | $484,238.00 | Accept |
| 7 | Linz Investment LLC | $52,111.11 | Accept |
| 7 | Martin J Roe 1984 Trust | $52, 312.69 | Accept |
| 7 | Random Breeze, LLC | $29, 419.81 | Accept |
| 7 | SLC Hotel Corporation | $594,483.91 | Accept |
| 7 | U.S. Bank | $41,808.56 | Accept |
| 8 | Benjamin Living Trust | 3.3654% | Accept |
| 8 | Bernstein Family Partnership | 11.7789% | Accept |
| 8 | Brian & Victoria Corbell | 10.7692% | Accept |
| 8 | David T. O'Keefe | Not Stated | Accept |
| 8 | ESM Investors LLC | 5.7789% | Accept |
| 8 | Haytin Family Partnership | 5.0481% | Accept |
| 8 | Isom Trust | 15.625% | Accept |
| 8 | Lorin C. Barker | .3125% | Accept |

| 8 | Martin J. Roe 1984 Trust | 8.1731% | Accept |
|---|---|---|---|
| 8 | MHG Advisory LLC | 6.0% | Accept |
| 8 | Random Breeze | 5.25% | Accept |
| 8 | SLC Hotel Corporation | 1.0% | Accept |
| 8 | U.S. Bank | 8.6539% | Accept |
| 8 | Wayne Lepoff | 4.8077% | Accept |

In summary, Classes 3, 5, 6, 7, and 8 voted to accept the Plan. Classes 1 and 2 are non-voting classes. Class 4 voted to accept the Modified Plan. Combining Classes, there are a total of 32 ballots cast, with 100% voting to accept the Plan and Modified Plan. Therefore, this Class has voted to accept the Plan and Modified Plan under 11 U.S.C. § 1126(c), and have surpassed the requisite two-thirds in amount and one-half in number of ballots cast.

WHEREFORE, the Debtors submit that the Plan and Modified Plan is accepted by all creditors allowed to vote.

DATED this 23rd day of January 2015.

MILLER TOONE, P.C

/s/ Deborah R. Chandler
Blake D. Miller
Deborah R. Chandler

# EXHIBIT A

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
       chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **In re:**<br><br>   **SLC INN LLC**<br><br>        **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### BALLOT REPORT

---

SLC Inn LLC, Debtor in this Chapter 11 case, has completed its plan solicitation process and has received the ballots described in this report. As is customary in the plan solicitation process, certain modifications to the plan have been made, and some ballots have been voted in favor of the plan based on incorporation of those modifications. The Debtor intends to file and pursue confirmation of the modified plan for the upcoming confirmation hearing. The Debtor asserts that none of the modifications are material such that a re-noticing would be required. This ballot report sets forth all ballots received to the Debtor's Plan of Reorganization currently on file (the "Plan"). Ballots received in anticipation of confirmation of the Debtor's Modified

Plan of Reorganization, to be filed (the "Modified Plan") are set forth in italics. All of the ballots

are attached to this report.

### Ballots returned for the Debtor's Plan of Reorganization

| Class | Holder | Amount Stated on Ballot by Creditor | Accept/Reject |
|---|---|---|---|
| 1 | Employee Claims – Unimpaired Class | | Deemed to Accept §1126(f) |
| 2 | Non-Tax Priority Claims- Unimpaired Class | | Deemed to Accept §1126(f) |
| 3 | Salt Lake County Treasurer | $67,770.92 | Accept |
| *4* | *Wells Street Lending* | *4,009,721.31* | *Accept, subject to modifications contained in term sheet* |
| 5 | Ford Motor Company | Not Stated | Deemed to Accept pursuant to Court Order |
| 6 | Beehive Broadband | $1010.51 | Accept |
| 6 | Milestone Internet Marketing | $1,582.66 | Accept |
| 6 | Wren Callcost Corp. | $452.00 | Accept |
| 7 | Benjamin Living Trust | $44,975.99 | Accept |
| 7 | Bernstein Family Partnership | $71,219.15 | Accept |
| 7 | Brian & Victoria Corbell | $384,669.27 | Accept |
| 7 | Brian Corbell | $129,936.78 | Accept |
| 7 | David T. O'Keefe | Not Stated | Accept |
| 7 | ESM Investors, LLC | $79,331.47 | Accept |
| 7 | Isom Trust | $484,238.00 | Accept |
| 7 | Linz Investment LLC | $52,111.11 | Accept |
| 7 | Martin J Roe 1984 Trust | $52, 312.69 | Accept |
| 7 | Random Breeze, LLC | $29, 419.81 | Accept |
| 7 | SLC Hotel Corporation | $594,483.91 | Accept |
| 7 | U.S. Bank | $41,808.56 | Accept |
| 8 | Benjamin Living Trust | 3.3654% | Accept |
| 8 | Bernstein Family Partnership | 11.7789% | Accept |
| 8 | Brian & Victoria Corbell | 10.7692% | Accept |
| 8 | David T. O'Keefe | Not Stated | Accept |
| 8 | ESM Investors LLC | 5.7789% | Accept |
| 8 | Haytin Family Partnership | 5.0481% | Accept |
| 8 | Isom Trust | 15.625% | Accept |
| 8 | Lorin C. Barker | .3125% | Accept |

| 8 | Martin J. Roe 1984 Trust | 8.1731% | Accept |
|---|---|---|---|
| 8 | MHG Advisory LLC | 6.0% | Accept |
| 8 | Random Breeze | 5.25% | Accept |
| 8 | SLC Hotel Corporation | 1.0% | Accept |
| 8 | U.S. Bank | 8.6539% | Accept |
| 8 | Wayne Lepoff | 4.8077% | Accept |

In summary, Classes 3, 5, 6, 7, and 8 voted to accept the Plan. Classes 1 and 2 are non-voting classes. Class 4 voted to accept the Modified Plan. Combining Classes, there are a total of 32 ballots cast, with 100% voting to accept the Plan and Modified Plan. Therefore, this Class has voted to accept the Plan and Modified Plan under 11 U.S.C. § 1126(c), and have surpassed the requisite two-thirds in amount and one-half in number of ballots cast.

WHEREFORE, the Debtors submit that the Plan and Modified Plan is accepted by all creditors allowed to vote.

DATED this 23rd day of January 2015.

MILLER TOONE, P.C

*/s/ Deborah R. Chandler*
Blake D. Miller
Deborah R. Chandler

# EXHIBIT A

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor



RECEIVED
DEC 3 1 2014
DISTRICT ATTORNEY
CIVIL DIVISION

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11** |
| **SLC INN LLC** | |
| **Debtor.** | **Honorable William T. Thurman** |
| | **(Filed Electronically)** |

### CLASS 3 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of _Sixty-Seven Thousand, Seven Hundred Seventy and 92/100 + interest_ Dollars ($ _67,770.92_ ) interest

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _Jan. 14, 2015_

Print or type name: _Bradley C Johnson_

Signature: _Bradley C Johnson_

Title (if corporation or partnership) _Attorney for Salt Lake County Treasurer_

Address:  _2100 S. State St. S3-700_
_SLC, UT 84190_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
      chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>   **SLC INN LLC**<br><br>          **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## CLASS 4 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

     The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

     **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

     **If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before <u>January 20, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of *Seven Hundred and twenty-one and 31/100.*

*Four Million, Nine thousand,* Dollars ($ 4,009,721.31)*

(Check one box only)

*\* Subject to proof that $49,774
Was paid by Debtor to p-in lender
: not properly applied to balance*

[✓] ACCEPTS THE PLAN— *as modified by
Term sheet, dated 1/7/05*

[ ] REJECTS THE PLAN

Dated: 1/2-/15

Print or type name: *David H. Leigh*

Signature: *Canal H. Leigh*

Title (if corporation or partnership) *Attorney - Wells Street Capital VII LLC*

Address: *36 So. State Street, Ste 1400*

*SLC, UTAH 84111*

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor

---

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:                  | **Bankruptcy Case No. 14-30634** |
|                         | **Chapter 11**                   |
| **SLC INN LLC**         |                                  |
|                         | **Honorable William T. Thurman** |
| **Debtor.**             |                                  |
|                         | **(Filed Electronically)**       |

---

### CLASS 6 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 6 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

**Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of

One thousand ten and fifty one Dollars ($ 1010.51 )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 12/30/2014

Print or type name: Ashley Remington

Signature: Ashley Remington

Title (if corporation or partnership) Billing Manager

Address: Beehive Broadband
2000 East Sunset Rd
Lake Point Utah 84074

### RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
       chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>   **SLC INN LLC**<br><br>       **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### CLASS 6 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 6 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of

Fifteen Hundred Eighty two ⁶⁶ Dollars ($ 1582.66 )

(Check one box only)

[✓] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated:   1/14/15

Print or type name:   Mike A. Ellison

Signature:   M. H

Title (if corporation or partnership) Collections Mngr.

Address:   3001 Oakmead Village Dr.
              Santa Clara, CA 95051

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>SLC INN LLC<br><br>Debtor. | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

### CLASS 6 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 6 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of

_FOUR HUNDRED FIFTY TWO_ —— Dollars ($ _452.00_  )

(Check one box only)

[✓] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _1-12-15_

Print or type name: _DAVID M. STONER_

Signature: _David M. Stone_

Title (if corporation or partnership) _Wren Callcost Corp._

Address: _800 Compton Road Bldg #34_

_CINCINNATI OHIO 45231_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
_____chandler@millertoone.com
Proposed Attorneys for the Debtor

---

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of

forty four thousand nine hundred Dollars ($44,975 99 )
seventy five 99/100

(Check one box only)

[✓] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _December 24, 2014_

Print or type name: _CHRISTIAN BENJAMIN_   CHRISTIAN BENJAMIN AND SALLY BENJAMIN, TRUSTEES UNDER THE BENJAMIN LIVING TRUST DATED JUNE 16, 1992

Signature: _Chris Benjamin_

Title (if corporation or partnership) _____

Address: _3216 COLONY VIEW CIR_

_MALIBU CAL  90265_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>   **SLC INN LLC**<br><br>            **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

### CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah  84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com.   Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah  84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of

_____ Dollars ($ 71,219.15 )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 12/23/14

Print or type name: ARTHUR H BERNSTEIN, FAMILY PARTNR, G.P. General Partner

Signature: _____

Title (if corporation or partnership) BERNSTEIN FAMILY PARTNERSHP LP

Address: 2456 Angelo Drive

Los Angeles, CA 90077

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
       chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| In re:<br><br>   SLC INN LLC<br><br>          Debtor. | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before <u>January 20, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of *ONE HUNDRED TWENTY NINE THOUSAND NINE HUNDRED THIRTY SIX AND 98/100* Dollars ($ *129,936.78* )

(Check one box only)

[✓] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: *12-22-2014*

Print or type name: *BRIAN CORBELL*

Signature: *B Corbell*

Title (if corporation or partnership) _____

Address: *1028 18th St. #1*
*SANTA MONICA CA 90403*

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SLC INN LLC<br><br>Debtor. | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of _THREE HUNDRED EIGHTY FOUR THOUSAND Six HUNDRED EIGHTY FOUR_ Dollars ($ _384,669.27_)
_Re SIXTY NINE AND 27/100_

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12-22-2014_

Print or type name: _BRIAN AND VICTORIA CORBELL_

Signature: _Brian Corbell Victoria Corbell_

Title (if corporation or partnership) _____

Address: _1028 18th ST #1_
_SANTA MONICA CA 90403_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
       chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **In re:**<br><br>   **SLC INN LLC**<br><br>        **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

    The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

    **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

    **If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of

_____Dollars ($_____)

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12/29/2014_

Print or type name: _DAVID  J. O'KEEFE_

Signature: _____

Title (if corporation or partnership) _____

Address: _232 No. BRISTOL AVE_

_LA 90049_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**SLC INN LLC**<br><br>Debtor. | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

### CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of

Seventy nine thousand three hundred thirty one — Dollars ($ 79,331.47) and Forty seven cents

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12-23-14_

Print or type name: _ESM INVESTORS LLC_
_By: BRIAN CORBELL, ITS MANAGER_

Signature: _B. Corbell_

Title (if corporation or partnership) _MANAGER_

Address: _1028 18th ST. #1_

_SANTA MONICA, CA 90403_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case No. 14-30634** |
| | **Chapter 11** |
| **SLC INN LLC** | |
| | **Honorable William T. Thurman** |
| **Debtor.** | |
| | **(Filed Electronically)** |

## CLASS 7 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of

50% of 484,238. (Isom TRUSTS) _____ Dollars ($242,169. )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 1-12-15

Print or type name: GERALD A. ISOM, TRUSTEE

Signature: Gerald A. Isom, Trustee

Title (if corporation or partnership) _____

Address: 817 PENNSTONE ROAD

BRYN MAWR, PA 19010

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>    **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

## CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of

50% OF 484,238 (Ison Trusts) Dollars ($ 242,169. )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 1-12-15

Print or type name: LUCILLE E. ISOM, TRUSTEE

Signature: Lucille E. Isom, Trustee

Title (if corporation or partnership) _____

Address: 817 PENNSTONE ROAD

BRYN MAWR, PA 19010

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | **Bankruptcy Case No. 14-30634** **Chapter 11** |
| **SLC INN LLC** | |
| **Debtor.** | **Honorable William T. Thurman** |
| | **(Filed Electronically)** |

## CLASS 7 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of
*Fifty Two Thousand One Hundred Eleven and 11/100* Dollars ($ *52,111.11* )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: *12-22-2014*

Print or type name: *LINZ INVESTMENT LLC*

Signature: *Victoria V. Corbell*   *VICTORIA CORBELL*

Title (if corporation or partnership) *MANAGER*

Address: *1028 18TH ST. #1*
*SANTA MONICA CA 90403*

### RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **In re:** | **Bankruptcy Case No. 14-30634** |
| | **Chapter 11** |
| **SLC INN LLC** | |
| | **Honorable William T. Thurman** |
| **Debtor.** | |
| | **(Filed Electronically)** |

---

## CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of

FIFTY Two Thousand Three hundred TWELVE and 69/100 Dollars ($ 52,312 69 )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 12/24/14

Print or type name: MARTIN J. ROE 1954 TRUST

Signature: Martin J Roe TTEE

Title (if corporation or partnership) _____

Address: 1022 N. Hillcrest Rd.

BEVERLY Hills, CA 90210

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
              chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>SLC INN LLC<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of TWENTY NINE THOUSAND FOUR HUNDRED NINETEEN DOLLARS AND EIGHTY-ONE CENTS Dollars ($ 29,419.81 )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 1-08-2015

Print or type name: RANDOM BREEZE LLC BY: VICTORIA WATTS

Signature: Victoria Watts

Title (if corporation or partnership) IT'S MANAGER

Address: 1657 BRYN MAWR

SANTA MONICA, CA 90405

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
MILLER TOONE, P.C.
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>   SLC INN LLC<br><br>            Debtor. | Bankruptcy Case No. 14-30634<br>Chapter 11<br><br>Honorable William T. Thurman<br><br>(Filed Electronically) |

### CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of _Five hundred ninety four thousand four hundred eighty three_ Dollars ($ _594,483.91_) _(and ninety one cents)_

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12-23-14_

Print or type name: _SLC Hotel Corporation_
_By: Wolter Meuring, President_

Signature: _By: [signature]_

Title (if corporation or partnership) _____

Address: _1524 Cloverfield Blvd., Suite B_
_Santa Monica, CA 90404_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
            chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SLC INN LLC<br><br>Debtor. | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## CLASS 7 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 7 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the**

Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of FORTY-ONE THOUSAND EIGHT HUNDRED EIGHT and 50/100'S Dollars ($ 41,808.50 )

(Check one box only)

[√] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 12 JANUARY 2015

Print or type name: Beth A. Bergman

Signature: Beth A. Bergman
VICE PRESIDENT

Title (if corporation or partnership) _____

Address: U.S. BANK, N.A.
3121 MICHELSON DR, STE 300
IRVINE, CA 92612

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
      chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a 3.365% membership interest.

(Check one box only)

[√] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _____

Print or type name: CHRIS & SALLY BENJAMIN TRUST

Signature: _Chris A Benjamin_____

Title (if corporation or partnership) _____

Address: 3216 COLONY VIEW CIR

MALIBU CA 90265

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
_____ chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

### CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a _____% membership interest.

*11.7789 %*

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: *12/20/14*

Print or type name: *Arthur H. Bernstein, Gen. Ptnr.*

Signature: *[signature]*

Title (if corporation or partnership) *Bernstein Family Ptnrship, LP*

Address: *2456 Angelo Drive*

*Los Angeles, CA 90077*

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
       chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>       **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before <u>January 20, 2015</u>, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a _**10.7692**_% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12 - 22 - 2014_

Print or type name: _BRIAN AND VICTORIA CORBELL_

Signature: _Brian Corbell   Victoria Corbell_

Title (if corporation or partnership) _____

Address: _1028 18TH ST. #1_
_SANTA MONICA CA 90403_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
            chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>    SLC INN LLC<br><br>        **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

　　　　If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a _____% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _____

Print or type name:  DAVID J. O'KEEFE

Signature:  _David J O'Keefe_

Title (if corporation or partnership) _____

Address:  232 No BRISTOL Ave
　　　　　　LA, CALIF 90049

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

### CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before <u>January 20, 2015</u>, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a ___5.7789___% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12-22-2014_

Print or type name: _ESM Investors LLC_

Signature: _By Bi Cobell     BRIAN CORBELL ITS MANAGER_

Title (if corporation or partnership) _MANAGER_

Address: _1028 18TH ST. #1_
_SANTA MONICA CA 90403_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SLC INN LLC<br><br>Debtor. | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a 5.0481% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 1/8/2015

Print or type name: _Jane Tomlinson, Trustee for Haytin Family Partnership_

Signature: _Jane Tomlinson_

Title (if corporation or partnership) _Trustee_

Address: _667 Ledo Way_

_Los Angeles, CA 90049_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

---

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

### CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a 7.8125 % membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _1-12-15_

Print or type name: _GERALD A. ISOM, TRUSTEE_

Signature: _Gerald A. Isom_

Title (if corporation or partnership) _____

Address: _817 PENNSTONE ROAD_

_BRYN MAWR, PA 19010_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
              chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>     SLC INN LLC<br><br>                 **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |
| --- | --- |

## CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a _7.8125_% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _1-12-15_

Print or type name: _LUCILLE E. ISOM, TRUSTEE_

Signature: _Lucille E. Isom, Trustee_

Title (if corporation or partnership) _____

Address: _817 PENNSTONE ROAD_

_BRYN MAWR, PA 19010_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>   SLC INN LLC<br><br>          Debtor. | Bankruptcy Case No. 14-30634<br>Chapter 11<br><br>Honorable William T. Thurman<br><br>(Filed Electronically) |

## CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a _3/25_% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _1/13/15_

Print or type name: _Lorin C. Barker_

Signature: _____

Title (if corporation or partnership) _____

Address: _60 E. South Temple, #1800_

_Salt Lake City, UT 84111_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com
Proposed Attorneys for the Debtor

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>       **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

### CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a _8.173_% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12|24|14_

Print or type name: _MARTIN J. ROE 1984 Trust._

Signature: _Mark J Roe TTEE_

Title (if corporation or partnership) _____

Address: _1022 N. Hillcrest Rd._
_Beverly Hills, CA 90210_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
      chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **In re:**<br><br>   **SLC INN LLC**<br><br>          **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case.  The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80].  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com.   Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your equity interest has been placed in class 8 under the Plan.  If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a ___60___% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12-23-14_

Print or type name: _MHG ADVISORY LLC_

Signature: _By: Wolter Mehring, Managing Member_

Title (if corporation or partnership) _____

Address: _29851 Harvester Rd._

_Malibu, CA 90265_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
      chandler@millertoone.com
Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>       **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

## CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

       If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a **5.25** % membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 1-8-2015      RANDOM BREEZE LLC

Print or type name: BY: VICTORIA WATTS

Signature: Victoria Watts

Title (if corporation or partnership) IT'S MANAGER

Address: 1657 BRYN MAWR

SANTA MONICA, CA 90405

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
         chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| In re:<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC INN LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.  However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a __1.0__ % membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _12-23-14_

Print or type name: _SLC Hotel Corporation_
By: Wolter Mehring, President
Signature: _By: _____

Title (if corporation or partnership) _____

Address: _1524 Cloverfield Blvd., Suite 8_
_Santa Monica, CA 90404_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**SLC INN LLC**<br><br>                    **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |
|---|---|

---

### CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC INN LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case.  The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80].  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah  84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com.   Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your equity interest has been placed in class 8 under the Plan.  If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah  84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a $8.6539$ % membership interest.

(Check one box only)

[√] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 12 JANUARY 2015

Print or type name: Beth A. Bergman

Signature: Beth A. Bergman
                VICE PRESIDENT
Title (if corporation or partnership) _____

Address: U.S. BANK, N.A.
           3121 MICHELSON DR., STE 300
           IRVINE, CA 92612

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
miller@millertoone.com

Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
       chandler@millertoone.com
Proposed Attorneys for the Debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>      **Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

---

### CLASS 8 BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 11, 2014

---

The Debtor, SLC Inn LLC, filed its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 80]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111 (801) 363-5600 (telephone), (801) 363-5601 (facsimile), miller@millertoone.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before January 20, 2015, and such**

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 equity interest in the Debtor, consisting of a _4.8077_% membership interest.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _1/15/15_

Print or type name: _WAYNE LEPOFF_

Signature: _Wayne Lepoff_

Title (if corporation or partnership) _____

Address: _1319 COUNTRY RANCH RD_

_WESTLAKE VILLAGE, CA 91361_

## RETURN THIS BALLOT ON OR BEFORE JANUARY 20, 2015 TO:

Blake D. Miller
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
miller@millertoone.com