Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
         chandler@millertoone.com

Attorneys for the Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**SLC INN LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |
|---|---|

**NOTICE OF CONFIRMATION HEARING, OBJECTION DEADLINE AND VOTING DEADLINE ON DEBTOR'S PLAN OF REORGANIZATION, DATED DECEMBER 11, 2014**

**(Objection and Ballot Deadline: January 20, 2015)**
**(Hearing date: January 28, 2015, at 10:00 a.m.)**

PLEASE TAKE NOTICE that SLC Inn LLC ("Debtor") filed with the United States Bankruptcy Court for the District of Utah, its Plan of Reorganization dated December 11, 2014 [docket # 79] (the "Plan") and related Disclosure Statement. Copies of the Disclosure Statement and Plan are included with this Notice. Also included with this Notice is a ballot for you to vote to accept or reject the Plan.

**Your rights may be affected**. **You should read the Plan and Disclosure Statement carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE FURTHER NOTICE that all ballots casting a vote regarding the Plan must be received by the Debtor's attorney **no later than January 20, 2015,** at the following address:

> Blake D. Miller
> Miller Toone, P.C.
> 165 South Regent Street
> Salt Lake City, Utah 84111
> Fax: 801-363-5601
> Email: miller@millerguymon.com

PLEASE TAKE FURTHER NOTICE that the deadline for filing and serving objections to confirmation of the Plan is **January 20, 2015.** Objections must be in writing and must be filed and served in accordance with Fed. R. Bankr. P. 3017(a) on or before that date to be considered by the Court. Your objection must be served on the following: (1) Blake D. Miller, Miller Toone, P.C., 165 S. Regent St., Salt Lake City, Utah 84111; and (2) Peter J. Kuhn, Office of the United States Trustee, 405 S. Main St., #300, Salt Lake City, Utah 84111; and filed with the Bankruptcy Court at:

> Clerk of the Court
> United States Bankruptcy Court
> 350 South Main Street, #301
> Salt Lake City, Utah 84101

If you mail your response or objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the objection deadline stated above.

PLEASE TAKE FURTHER NOTICE that the confirmation hearing on the Plan will be held before the Honorable William T. Thurman, United States Bankruptcy Judge, on **January 28, 2015** at

the hour of **10:00 a.m.**, in Courtroom No. 376 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.

**You or your attorney must attend the confirmation hearing on the Plan if you want your response or objection to confirmation to the Plan to be considered by the Court.** The confirmation hearing may be continued from time to time without further notice, except the announcement in open court of the time and place of such continued hearing.

If you and/or your attorney do not timely file an objection as set forth above, the Court may decide that you do not oppose confirmation of the Plan and may enter an order confirming the Plan without conducting the hearing.

DATED this 16th day of December 2015.

MILLER TOONE, P.C.

*/s/ Blake D. Miller*
Blake D. Miller
Deborah R. Chandler