Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
chandler@millertoone.com
Attorneys for the Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**SLC INN LLC**<br><br>Debtor. | **Bankruptcy Case No. 14-30634**<br>**Chapter 11**<br><br>**Honorable William T. Thurman**<br><br>**(Filed Electronically)** |

### NOTICE OF THE FOLLOWING MOTIONS AND NOTICE OF HEARING:

(1) FINAL APPLICATION OF MAURICE DESTOUET AS SPECIAL COUNSEL FOR THE DEBTOR FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION [Docket no. 116];
(2) FINAL APPLICATION OF GABRIEL TOOLEY AS ACCOUNTANT FOR THE DEBTOR FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION [Docket no. 115];
(3) FINAL APPLICATION OF MHG ADVISORY LLC AS DEBTOR'S ASSET ADMINISTRATOR FOR THE ALLOWANCE OF COMPENSATION [Docket no. 114 ; and
(4) FIRST AND FINAL APPLICATION OF MILLER TOONE, P.C., COUNSEL FOR THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES [Docket no. 113]

**(Objection Deadline: March 13, 2015)**
**(Hearing Date: March 31, 2015 at 11 a.m.)**

PLEASE TAKE NOTICE that the following Applications (collectively, the "Applications") have been filed with the United States Bankruptcy Court for the District of Utah: (1) Final Application Of Maurice Destouet As Special Counsel For The Debtor For The Allowance And Payment Of Compensation [docket # 116]; (2) Final Application Of Gabriel Tooley As Accountant For The Debtor For The Allowance And Payment Of Compensation [docket # 115]; (3) Final Application Of MHG Advisory LLC As Debtor's Asset Administrator For The Allowance Of Compensation [docket no. 114]; and (4) First and Final Application of Miller Toone, P.C., Counsel for the Debtor, for the Allowance and Payment of Compensation and Reimbursement of Expenses [docket # 113]. Copies of the Applications are available from the Court or from undersigned counsel.

**Your rights may be affected**. **You should read the Applications carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Applications seek the following relief:

- **FINAL APPLICATION OF MAURICE DESTOUET AS SPECIAL COUNSEL FOR THE DEBTOR FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION.** By this Application, Maurice Destouet seeks final approval of compensation in the amount of $847.85.

- **FINAL APPLICATION OF GABRIEL TOOLEY AS ACCOUNTANT FOR THE DEBTOR FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION.** By this Application, Gabriel Tooley seeks final approval of compensation in the amount of $10,254.75.

- **FINAL APPLICATION OF MHG ADVISORY LLC AS DEBTOR'S ASSET ADMINISTRATOR FOR THE ALLOWANCE OF COMPENSATION.** By this Application, MHG Advisory LLC seeks final approval of compensation in the amount of $23,740.50.

2

- **FIRST AND FINAL APPLICATION OF MILLER TOONE, P.C., COUNSEL FOR THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES.** By this Application, Miller Toone, P.C. seeks final approval of compensation in the amount of $78,656.00 and for reimbursement of expenses in the amount of $2,943.15, for a total award of $81,599.15.

If you do not want the Court to grant the relief sought in one or more of the Applications, then:

(1) on or before March 13, 2015, you or your lawyer must file with the Bankruptcy Court a written objection to the Applications (or any of them) explaining your position, at:

Clerk of the Court
United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before March 13, 2015. At the same time, you must also serve a copy of the objection so as to be received by that date by (i) counsel for the Debtor, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111; and (ii) Peter H. Kuhn, Office of the United States Trustee, 405 S. Main St., Suite 300, Salt Lake City, Utah 84111.

(2) attend the hearing on the Applications which is set for March 31, 2015, at the hour of 11:00 a.m. before Judge William T. Thurman, Courtroom 376, 350 South Main Street, Salt Lake City, Utah 84101. Failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Applications and may enter an order granting that relief.

In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Applications without a hearing.

DATED this 19th day of February 2015.

        MILLER TOONE, P.C.

        */s/Deborah R. Chandler*
        Blake D. Miller
        Deborah R. Chandler

**CERTIFICATE OF SERVICE—BY NOTICE OF ELECTRONIC FILING (CM/ECF) AND MAIL TO MAILING MATRIX**

I hereby certify that on February 19, 2015, I electronically filed the foregoing **NOTICE OF THE FOLLOWING MOTIONS AND NOTICE OF HEARING:**

(1) **FINAL APPLICATION OF MAURICE DESTOUET AS SPECIAL COUNSEL FOR THE DEBTOR FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION** [Docket no. 116];
(2) **FINAL APPLICATION OF GABRIEL TOOLEY AS ACCOUNTANT FOR THE DEBTOR FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION** [Docket no. 115];
(3) **FINAL APPLICATION OF MHG ADVISORY LLC AS DEBTOR'S ASSET ADMINISTRATOR FOR THE ALLOWANCE OF COMPENSATION** [Docket no. 114 ; and
(4) **FIRST AND FINAL APPLICATION OF MILLER TOONE, P.C., COUNSEL FOR THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** [Docket no. 113]

with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- *Deborah Rae Chandler    chandler@millertoone.com*
- *P. Matthew Cox    bankruptcy_pmc@scmlaw.com*
- *Peter J. Kuhn tr    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov*
- *David H. Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com*
- *Blake D. Miller    miller@millerguymon.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com*
- *United States Trustee    USTPRegion19.SK.ECF@usdoj.gov*
- *Joel T. Zenger    zenger@millerguymon.com*

I further certify that on February 19, 2015, I caused to be served true and correct copies of the foregoing by regular first class United States mail, postage fully pre-paid, addressed to all parties as set forth herein listed on the Official Court Mailing Matrix dated February 19, 2015, attached hereto.

    Miller Toone, P.C.

    */s/Deborah R. Chandler*
    Blake D. Miller
    Deborah R. Chandler