**This order is SIGNED.**



**Dated: May 5, 2015**

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| In re:<br><br>SLC INN, LLC,<br><br>            Debtor. | Bankruptcy Number: 14-30634<br><br>Chapter 11<br><br>Judge William T. Thurman |

---

**ORDER GOVERNING SCHEDULING
and PRELIMINARY MATTERS**

---

      This matter came on for a preliminary hearing on **Debtor's Motion to Confirm Allowed Amount of Wells Street Capital Claim** before the Honorable William T. Thurman, United States Bankruptcy Judge, on **April 28, 2015,** pursuant to Fed. R. Civ. P. 16(b) and Fed. R. Bankr. P. 7016. **Blake D. Miller** and **Deborah R. Chandler** appeared on behalf of the Debtor. **David H. Leigh** appeared on behalf of Wells Street Capital VII LLC. The following matters were discussed and scheduled. Times and deadlines set forth herein may not be modified without the approval of the court or consent of the parties and on a showing of good cause. Pursuant thereto,

      **IT IS HEREBY ORDERED** that:

      1.     **DISCOVERY PLAN:** Discovery may proceed immediately. Responses to discovery requests must be served within **twenty (20) days** of the issuance of the request. The fact discovery cut-off date in this contested matter is **June 10, 2015**. All discovery, including responses to discovery requests, must be completed by such date. Discovery requests shall be served sufficiently in advance to require responses to such requests to have been served and filed by such date. The parties are directed to the Local Rules, including Rule 7026-1, for their

application. Discovery motions, including motions to compel or for sanctions under Fed. R. Civ. P. 37 and Fed. R. Bankr. P. 7037, and motions for extension of the discovery deadline, shall be filed sufficiently in advance of the discovery cut-off date to allow compliance with the date.

    2.    **WITNESSES AND EXHIBITS:** Final lists of witnesses and exhibits are due from movant(s) and from respondent(s) **by July 1, 2015,** to the Court and must be exchanged between the parties. The parties will have two days after service of final lists of witnesses and exhibits to list objections pursuant to Fed.R.Civ.P. 26(a)(3) and Fed.R.Bankr.P. 7026. Each party shall meet with Tina Coates, Courtroom Deputy, not later than July 1, 2015, for the purpose of coordinating the hearing exhibits. To that end, before such meeting, each party shall have lodged the following:

    (1) The original and two (2) copies of all exhibits, bound and tabbed with a cover page. All exhibits shall be marked using exhibit labels (stickers) obtained from the clerk as required by Local Rule 9070-1. The Debtor's exhibits shall be marked using consecutive numbers, and the Creditor's exhibits shall mark using consecutive letters.

    (2) List of witnesses with correct spelling of the witnesses' full name.

No witness whose name has not been provided hereby shall be permitted to testify at the hearing and no exhibit that has not been exchanged and specifically identified as required hereby shall be admitted into evidence at the hearing absent a showing of good cause.

    3.    **EVIDENTIARY HEARING:** An evidentiary hearing shall be held on **July 6, 2015 at 2:00 p.m.** before the Honorable William T. Thurman, United States Bankruptcy Judge, Room 376, Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah.

    4.    **SUPPORTING MEMORANDA:** If parties wish to file briefs, they shall address all legal issues in dispute. Any briefs submitted shall be due **ten (10) business days** prior to the hearing. Any reply brief must be submitted **seven (7) business days** before the hearing, and any response may be submitted no later than **three (3) business days** before the scheduled hearing. Counsel shall specify in the memoranda all law (statutes, cases, etc.) which will be argued to the court or upon which counsel intend to rely pursuant to Local Rule 9013-1(c).

----------------------------------END OF DOCUMENT------------------------------------

SERVICE LIST

Blake D. Miller
Deborah Rae Chandler
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111
    *Attorneys for Debtor*

David H. Leigh
Ray Quinney Nebeker P.C.
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
    *Attorney for Wells Street Capital VII, LLC*